UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01006-SEB-MKK |
| | ) |
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on the Defendant's Unopposed Motion for Extension of Time, Dkt. [20]. The Court, being duly advised, hereby **GRANTS** said Motion to the extent that the deadline for Defendant to file an answer or otherwise respond in this matter is hereby **STAYED** pending the Court's ruling on Plaintiff's Motion for Leave to Proceed Under Pseudonym or, in alternative, For Entry of a Protective Order (Dkt. 4).

So ORDERED.

Date: 7/21/2023

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email