# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| PHILLIP KILLEBREW, | Case No.: 1:23-cv-01006-SEB-MKK |
| Plaintiff, | **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| FIRST ADVANTAGE BACKGROUND SERVICES CORP., | |
| Defendant. | |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant First Advantage Background Services Corp., and in good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice as to Defendant First Advantage Background Services Corp.

**IT IS SO ORDERED** this 13th day of June, 2024.

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF

1